UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ALLEN HAMMLER,

        Plaintiff,

   vs.

COMPOSE, et al.,

        Defendants.

1:19-cv-01149-DAD-GSA-PC

**ORDER DISREGARDING ADDENDUM TO OBJECTIONS, FILED ON DECEMBER 19, 2019, AS UNTIMELY FILED**
**(ECF No. 11.)**

     Allen Hammler ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983. On August 23, 2019, Plaintiff filed the Complaint commencing this action. (ECF No. 1.)

     On September 10, 2019, the undersigned Magistrate Judge entered findings and recommendations, recommending that Plaintiff be denied leave to proceed *in forma pauperis* with this case pursuant to 28 U.S.C. § 1915(g), and be required to pay the $400.00 filing fee for this case in full. (ECF No. 5.) Plaintiff was granted fourteen days in which to file objections to the findings and recommendations. (Id.) On October 24, 2019, Plaintiff filed objections. (ECF No. 9.) On December 18, 2019, the district court adopted the findings and recommendations and required Plaintiff to pay the $400.00 filing fee for this case in full within thirty days from the date of service of the order. (ECF No. 10.)

On December 19, 2019, Plaintiff filed an Addendum to his objections to his findings and recommendations. (ECF No. 11.) Plaintiff's Addendum is untimely. The time period for filing objections has passed, and Plaintiff's Addendum was filed too late. Therefore, the Addendum shall be disregarded by the court as untimely filed.

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's Addendum to his objections to the findings and recommendations, filed on December 19, 2019, is DISREGARDED as untimely filed and shall not be considered by the court; and

2.      The court's order issued on December 18, 2019, which denied Plaintiff leave to proceed *in forma pauperis* in this case and ordered Plaintiff to pay the $400.00 filing fee for this case within 30 days of the date of service of that order, remains in effect.

IT IS SO ORDERED.

Dated:   **December 30, 2019**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE